IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SIMARON D. HILL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:23-cv-624 |
| | ) |
| STATE OF NORTH CAROLINA | ) |
| | ) |
| Respondent. | ) |

## ORDER

On August 2, 2023, the United States Magistrate Judge's Recommendation and Order was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's letter, (Doc. 1), treated as a § 2254 Petition for Writ of Habeas Corpus by a Person in State Custody is **DISMISSED** for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing the district court to consider the current Petition as required by 28 U.S.C. § 2244.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 23rd day of August, 2023.

                                          /s/ William L. Osteen, Jr.
                                            United States District Judge